IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETER SCHATZBERG, D.C., et al.,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **STATE FARM MUTUAL AUTOMOBILE** | : | |
| **INSURANCE COMPANY, et al.,** | : | **NO. 10-2900** |
| Defendants. | : | |

**O R D E R**

AND NOW, this 12th day of July, 2012, upon consideration of Defendants State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company's Motion to Dismiss (Doc. No. 14), and all responses thereto, it is hereby ORDERED that the Motion is GRANTED in part and DENIED in part, as follows:

1. The Motion is DENIED with respect to Count I of the Amended Complaint.

2. The Motion is GRANTED without prejudice with respect to Counts II, III, IV, V, and VI of the Amended Complaint.

BY THE COURT:

S/Gene E.K. Pratter
GENE E. K. PRATTER
United States District Judge