IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER SCHATZBERG, D.C., *et al.* | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| | : | NO. 10-2900 |
| v. | : | |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE | : | |
| INSURANCE COMPANY, *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 13th day of October 2015, it is hereby **ORDERED** that a status conference shall be held on October 29, 2015, at 10:00 A.M., at the United States Courthouse, 601 Market Street, Room 4000, Philadelphia, PA, at which time Counsel shall be prepared to discuss the status of any remaining claims in this matter, and to advise the Court as to which pending motions are no longer relevant in light of the Court's rulings on the parties' respective motions for summary judgment.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.