IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER SCHATZBERG, D.C., *et al.* : | CIVIL ACTION |
| *Plaintiffs* : | |
| : | NO. 10-2900 |
| v. : | |
| : | |
| STATE FARM MUTUAL AUTOMOBILE : | |
| INSURANCE COMPANY, *et al.* : | |
| *Defendants* : | |

# ORDER

**AND NOW**, this 29th day of October 2015, upon consideration of *the parties' joint oral request to vacate the Orders and accompanying Memorandum Opinions* which disposed of the parties' respective motions for summary judgment, and the representation of counsel that this matter has been resolved in its entirety, it is **ORDERED** that the parties' oral request is **GRANTED**. Consequently, the Orders and accompanying Memorandum Opinions dated October 7, 2015, [ECF 324, 325, 326, 327 and 328], are hereby **VACATED**.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
NITZA I. QUIÑONES ALEJANDRO, J.