## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PETER SCHATZBERG, D.C., *et al.*    :    **CIVIL ACTION**
    *Plaintiffs*    :
    :    **NO. 10-2900**
    **v.**    :
    :
**STATE FARM MUTUAL AUTOMOBILE** :
**INSURANCE COMPANY,** *et al.*    :
    *Defendants*    :

**FILED**

OCT 2 9 2015

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## O R D E R

**AND NOW**, this 29th day of October 2015, upon notification that all issues and claims between the parties have been settled, it is hereby **ORDERED** that all claims between and against all parties are **DISMISSED** with prejudice, pursuant to the agreement of the parties. To conform to Local Rule of Civil Procedure 41.1(b), the Clerk of Court is directed to enter this Order and to mark this case CLOSED.

It is further **ORDERED** that all outstanding motions are **DENIED** as **MOOT**.

**BY THE COURT:**

NITZA I. QUIÑONES ALEJANDRO, J.