IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER SCHATZBERG, D.C., et al. | : |
| | : |
| vs. | : |
| | : |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al. | : NO. 2:10-cv-02900 |
| | : |
| vs. | : |
| | : |
| PETER SCHATZBERG, D.C., P.C., et al. | : |

## ORDER

AND NOW, this         day of October, 2015, it is ORDERED that all sealed filings in this matter relating to the affidavit of J'Amy Kluender and her testimony with attached exhibits shall remain sealed for a minimum of ten (10) years notwithstanding the two (2) year period contemplated by Local Rule of Civil Procedure 5.1.(b)(2) and (c), and the Clerk is directed to take no action under those provisions until a date no earlier than ten (10) years from the docketing of this Order.

BY THE COURT:

NITZA I. QUINONES ALEJANDRO, J.

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER SCHATZBERG, D.C., et al. : | |
| : | |
| vs. : | |
| : | |
| STATE FARM MUTUAL AUTOMOBILE : | NO. 2:10-cv-02900 |
| INSURANCE COMPANY, et al. : | |
| : | |
| vs. : | |
| : | |
| PETER SCHATZBERG, D.C., P.C., et al. : | |

### JOINT MOTION OF THE PARTIES UNDER LOCAL RULE 5.1.5

For the reasons set forth at the recent status conference of October 29, 2015, and for just cause shown, outlined in the attached Memorandum of Law, the parties request the attached Order be entered.

**BENNETT, BRICKLIN & SALTZBURG LLC**

BY: /s Edward J. Bradley, Jr.
_____
EDWARD J. BRADLEY, JR., ESQUIRE
Pa. ID No. 73943
1601 Market Street, 16th Floor
Philadelphia, PA 19103
(215) 561-4300

**BRITT, HANKINS & MOUGHAN**

BY: /s James T. Moughan
_____
JAMES T. MOUGHAN, ESQUIRE
Pa. ID No. 33045
1500 John F. Kennedy Blvd., Suite 515
Philadelphia, PA 19102

          (215) 569-6936
          Attorneys for Counterclaim Plaintiffs,
          State Farm Mutual Automobile Insurance Company
          and State Farm Fire and Casualty Company

**BARATTA, RUSSELL & BARATTA**

BY:    /s Andrew P. Baratta
       _____
       ANDREW P. BARATTA, ESQUIRE
       Attorney for Plaintiffs
       Attorney I.D. No. 82250
       3500 Reading Way
       Huntingdon Valley, PA   19006
       (215) 914-2222

**LAW OFFICES OF PATRICK J. GRIMES, LLC**

BY:    /s Patrick J. Grimes
       _____
       PATRICK J. GRIMES, ESQUIRE
       Attorney for Counterclaim Defendant,
       Raymond Wisdo, D.C.
       Attorney I.D. No. 56452
       1500 JFK Boulevard, Suite 1230
       Philadelphia, PA   19102
       (215) 545-0011