IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER SCHATZBERG, D.C., *et al.* | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| | : | NO. 10-2900 |
| v. | : | |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE | : | |
| INSURANCE COMPANY, *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 30th day of October 2015, upon consideration of the *joint motion of the parties under Local Rule 5.1.5*, [ECF 333], and for good cause shown, it is hereby **ORDERED** that the parties' joint motion is **GRANTED** and all sealed filings in this matter relating to the affidavit of J'Amy Kluender and her testimony with attached exhibits shall remain sealed for a minimum of ten (10) years notwithstanding the two (2) year period contemplated by Local Rule of Civil Procedure 5.1(b)(2) and (c), and the Clerk is directed to take no action under those provisions until a date no earlier than ten (10) years from the docketing of this Order.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.